```
_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
              COUNSEL/PARTIES OF RECORD

          NOV 1 6 2..5

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:14-CR-233-JAD-(VCF) |
| | ) |
| GUILLERMO LLAMAS-MONROY, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant GUILLERMO LLAMAS-MONROY to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant GUILLERMO LLAMAS-MONROY pled guilty. Superseding Criminal Information, ECF No. 35; Plea Agreement, ECF No. 37; Preliminary Order of Forfeiture, ECF No. 38; Change of Plea, ECF No. 40.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 25, 2015, through September 23, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 41.

///

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the

2    time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time

4    for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8    32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States

9    Code, Section 853(n)(7) and shall be disposed of according to law:

10   1.   HTC AT&T cellular phone s/n:  HT12AT20194;

11   2.   Apple A1332 iPhone, FCC ID: BCGE2380B, s/n: unknown;

12   3.   HP PC Tower s/n:  3CR24317X8; and

13   4.   Compaq PC Tower s/n:  CNX622099Q.

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

15   including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

16   income derived as a result of the United States of America's management of any property forfeited

17   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

18   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of

19   this Order to all counsel of record.

20   DATED this ____ day of _November_, 2015.

21

22

23   UNITED STATES DISTRICT JUDGE

24

25

26

2