UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00233-JAD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| GUILLERMO LLAMAS-MONROY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to Motion for Early Termination of Supervised Release is extended to July 11, 2025.

DATED this 10th day of June, 2025.

UNITED STATES DISTRICT JUDGE

3