# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GUILLERMO LLAMAS-MONROY,<br><br>  Defendant. | Case No. 2:14-cr-00233-JAD-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to Motion for Early Termination of Supervised Release is extended to July 18, 2025.

　　DATED this 11th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

3